|   |   |
|---|---|
| 1 | HUSSIN LAW FIRM<br>TAMMY GRUDER HUSSIN, ESQ. |
| 2 | 1596 N. Coast Highway 101<br>Encinitas, CA 92024 |
| 3 | Tel. 877.677.5397<br>Tammy@HussinLaw.com |
| 4 | |
| 5 | WASKOWSKI JOHNSON YOHALEM LLP<br>DANIEL R. JOHNSON (Il. 6283164) |
| 6 | 954 W. Washington Blvd. Suite 320<br>Chicago, IL 60607 |
| 7 | *pro hac vice* |
| 8 | KOZONIS & KLINGER, LTD.<br>GARY M. KLINGER (Il. 6303726) |
| 9 | 227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606 |
| 10 | *pro hac vice* |
| 11 | Attorneys for Plaintiffs<br>John Marinovich and Gayle Sybley |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN MARINOVICH, on behalf of himself and all others similarly situated, and GAYLE SYBLEY, on behalf of herself and all others similarly situated, | ) ) ) ) ) | Case No. 20-cv-00747-EMC<br><br>**JOINT STIPULATION TO DISMISS** |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GOJO INDUSTRIES, INC.; and DOES 1 through 100, inclusive, | ) ) ) | |
| Defendant. | ) | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), John Marinovich and Gayle Sybley and Defendant GOJO Industries hereby stipulate to the dismissal of this action in its entirety, without prejudice, with all parties to bear their own costs and fees.

    It Is So Stipulated Through Counsel of Record this 23rd day of March 2020.

| | | |
|---|---|---|
| 1 | Dated: March 23, 2020 | Respectfully submitted, |
| 2 | | JONES DAY |
| 4 | | By: */s/ Darren K. Cottriel* |
| | |     Darren K. Cottriel |
| 6 | | Counsel for Defendant |
| | | GOJO INDUSTRIES, INC. |
| 9 | Dated: March 23, 2020 | HUSSIN LAW FIRM |
| 11 | | By: */s/ Tammy G. Hussin* |
| | |     Tammy G. Hussin |
| 12 | | Attorneys for Plaintiffs |
| 13 | | JOHN MARINOVICH and GAYLE SYBLEY |